No. 96–246. HEDDEN v. NATIONAL RAILROAD PASSENGER CORPORATION. C. A. 3d Cir. Certiorari denied.

No. 96–247. BEVIL v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 96–248. ALLGOOD, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF ALLGOOD, DECEASED, ET AL. v. R. J. REYNOLDS TOBACCO CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–250. KHD DEUTZ OF AMERICA CORP. v. STEWART ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–253. JARABE, INDIVIDUALLY AND FOR THE BENEFIT OF THE ESTATE OF JARABE, DECEASED v. INDUSTRIAL COMMISSION OF ILLINOIS ET AL. Sup. Ct. Ill. Certiorari denied.

No. 96–254. FLYNN ET AL. v. KORNWOLF ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–258. HARDIN v. CUNNINGHAM. C. A. 5th Cir. Certiorari denied.

No. 96–259. STJERNHOLM ET UX. v. PETERSON ET AL. (two judgments). C. A. 10th Cir. Certicrari denied.

No. 96–261. LOWERY v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 96–263. HALLGRIMSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–264. MONTANA v. FULLER. Sup. Ct. Mont. Certiorari denied.

No. 96–268. JACKSON v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied.

No. 96–269. KOCH FUELS, INC. v. CLARK, RHODE ISLAND TAX ADMINISTRATOR. Sup. Ct. R. I. Certiorari denied.